UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRADLEY BARNETT LLC, <br> BRANDON BARNETT LLC, <br> CANDICE J COX LLC, <br> E CHADD CASSIDA LLC, <br> PAMELA STEPHENS, and <br> TERRY STEPHENS, <br><br> Plaintiffs, <br><br> v. <br><br> PRODUCERS AG INSURANCE GROUP, <br> INC. d/b/a PROAG, <br> PROAG MANAGEMENT, INC. d/b/a <br> PROAG, READ GROUP, INC. d/b/a AG <br> ARMOUR, and TRIANGLE GENERAL <br> AGENCY, INC. d/b/a AG ARMOUR, <br><br> Defendants. | No. 1:16-cv-02199-TWP-DKL |

## ENTRY ON JURISDICTION

It has come to the Court's attention that Plaintiffs' Complaint fails to allege all of the facts necessary to determine whether this Court has subject matter jurisdiction over this case. The Complaint alleges federal jurisdiction based upon diversity of citizenship. However, the Complaint fails to sufficiently allege the citizenship of the Plaintiffs. Citizenship is the operative consideration for jurisdictional purposes. *See Meyerson v. Harrah's East Chicago Casino*, 299 F.3d 616, 617 (7th Cir. 2002) ("residence and citizenship are not synonyms and it is the latter that matters for purposes of the diversity jurisdiction").

"For diversity jurisdiction purposes, the citizenship of an LLC is the citizenship of each of its members." *Thomas v. Guardsmark, LLC*, 487 F.3d 531, 534 (7th Cir. 2007). "Consequently, an LLC's jurisdictional statement must identify the citizenship of each of its members as of the date

the complaint or notice of removal was filed, and, if those members have members, the citizenship of those members as well." *Id.*

The Complaint alleges that the four limited liability company plaintiffs are "an Indiana LLC. Its principle place of business is in Crawfordsville, Indiana." ([Filing No. 1 at 2](#).) However, these jurisdictional allegations do not establish the citizenship of the four limited liability company plaintiffs. Alleging the identity and citizenship of each of the members of each limited liability company is necessary for this Court to determine whether it has jurisdiction.

The Complaint further alleges that "Pamela Stephens is an individual who resides in Crawfordsville, Indiana," and "Terry Stephens is an individual who resides in Crawfordsville, Indiana." (*Id.*) These allegations of residency are not sufficient to allow the Court to determine whether diversity jurisdiction exists. Citizenship, not residency, is the consideration for diversity jurisdiction.

Therefore, the Plaintiffs are **ORDERED** to file a Supplemental Jurisdictional Statement that establishes the Court's jurisdiction over this case. This statement should specifically identify the citizenship of each of the parties, including the members of the four limited liability company plaintiffs and their citizenship. This jurisdictional statement is due **fourteen (14) days** from the date of this Entry.

**SO ORDERED.**

Date: 8/23/2016

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

David Ray Hudson
REMINGER CO. LPA
dhudson@reminger.com